UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Land and Buildings Located at 7 Meeks Road, )<br>Kingston, NH, with all Appurtenances and )<br>Improvements Thereon, Owned by Gregg A. Tillson )<br>and Lisa A. Tillson; et al. )<br>)<br>Defendants. )<br>_____) | Civil No. 04-460-M |

### ORDER DISMISSING DEFENDANTS-IN-REM 7 MEEKS ROAD, KINGSTON, NEW HAMPSHIRE AND $8485 IN SUN LIFE FINANCIAL CONTRACT #0212501815 ANNUITY FUND

The United States and claimants Gregg A. Tillson and Lisa A. Tillson have reached an agreement which provides that the United States will dismiss the defendants in rem Land and Buildings Located at 7 Meeks Road, Kingston, New Hampshire, owned by Greg and Lisa Tillson, and $8485, More or Less, in Sun Life Financial Contract #0212501815 Annuity Fund.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

That the defendants in rem Land and Buildings Located at 7 Meeks Road, Kingston, New Hampshire, owned by Greg and Lisa Tillson, and $8485, More or Less, in Sun Life Financial Contract #0212501815 Annuity Fund are hereby dismissed from this case.

That Gregg A. Tillson and Lisa A. Tillson shall bear their own cost of this proceeding, including attorney's fees, if any.

The Clerk is hereby directed to send three certified copies of this Order to the United States Marshals Service and a three certified copies to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated: September 12, 2006     /s/ Steven J. McAuliffe
                              CHIEF UNITED STATES DISTRICT JUDGE


cc:  Counsel of record